¶ 23. SHIRLEY S. ABRAHAMSON, J. (concurring). This is a reciprocal discipline case governed by Supreme Court Rule (SCR) 22.22(3). SCR 22.22(3) requires this court to impose "identical discipline" to that imposed by the other state. The per curiam opinion does not adhere to the text of the rule. Rather, the per curiam opinion revokes the attorney's license to practice law "as the most similar form of discipline to the indefinite suspension imposed by the Supreme Judicial Court of Massachusetts." ¶ 24. I write to point out that once again the instant case raises the question of what constitutes "identical discipline" under SCR 22.22(3). I suggest, as I have suggested previously, that the OLR Procedure Review Committee (Professor Marsha Mansfield, University of Wisconsin Law School, Reporter), appointed by the court in June 2016, should consider proposing a revision of the Supreme Court reciprocal discipline rule to govern the many instances in which this court cannot impose discipline identical to that imposed by the other state.